UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMI ATWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:14-cv-1409-TWP-TAB |
| | ) |
| INDIANAPOLIS-MARION COUNTY | ) |
| FORENSIC SERVICES AGENCY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this action, Plaintiff Tami Atwell and Defendant Indianapolis-Marion County Forensic Services Agency, by and through their respective counsel, hereby stipulate and agree that all claims against Defendant Indianapolis-Marion County Forensic Services Agency have resolved in their entirety and this case is to be dismissed against Defendant Indianapolis-Marion County Forensic Services Agency with prejudice, each party to bear its own costs and fees. The Parties respectfully request that the Court issue the Order of Dismissal with Prejudice.

DELANEY & DELANEY LLC                       OFFICE OF CORPORATION COUNSEL

By:  */s/ Christopher S. Stake*_____          By:  */s/ Pamela G. Schneeman* (with consent)

    Kathleen A. DeLaney                                 Pamela G. Schneeman
    Christopher S. Stake                                 Lynne D. Hammer
    DeLaney & DeLaney LLC                         Office of Corporation Counsel
    3646 N. Washington Blvd.                      200 E. Washington St., Room 1601
    Indianapolis, IN 46205                             Indianapolis, IN 46204
    Telephone: (317) 920-0400                      Pamela.schneeman@indy.gov
    Facsimile:  (317) 920-0404                       lynne.hammer@indy.gov
    *KDelaney@delaneylaw.net*
    *cstake@delaneylaw.net*                         Attorneys for Defendant

    Attorneys for Plaintiff